**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on July 10, 2009**

*Raymond B Ray*
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 08–28640–RBR

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Joseph R. Chang
510 N Rock Island Rd #3
Margate, FL 33063

SSN: xxx–xx–1896

Marilyn V. Chang
510 N Rock Island Rd #3
Margate, FL 33063

SSN: xxx–xx–5862

## FINAL DECREE

The trustee, Kenneth A Welt, having filed a final report that the estate has been fully administered, is discharged and the case is closed.